UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMENICO FANTOZZI,<br>　　　　Plaintiffs,<br>　　v.<br>FUTURE MOTION, INC.,<br>　　　　Defendant. | Case Nos.  5:24-cv-03991 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:23-md-03087, *In Re: Future Motion, Inc. Products Liability Litigation.*

**IT IS SO ORDERED.**

Dated:  July 8, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 24-cv-03991 NC
SUA SPONTE JUDICIAL REFERRAL